PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Marque Deshard Thomas  Cr.: 18-00496-001
  PACTS #: 3262423

Name of Sentencing Judicial Officer:   THE HONORABLE  CLAIRE C. CECCHI
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/08/2016

Original Offense:   Count One: Possession of a Counterfeit Obligation of the United States, 18 .U.S.C. §§ 472 and 2

Original Sentence: 33 months imprisonment, 36 months supervised release

Special Conditions: Restitution, Search/Seizure, Drug and Alcohol Testing/Treatment, New Debt Restrictions

Type of Supervision: Supervised Release   Date Supervision Commenced: 07/20/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'** |
| | On August 5, 2020, the undersigned conducted an unscheduled home contact with Thomas. He tested positive for marijuana and admitted to using the substance. Thomas signed an Admission of Drug Use form. |

U.S. Probation Officer Action:
The U.S. Probation Office counseled the offender regarding his drug usage. We discussed the short term and long term consequences of him continuing drug use. The U.S. Probation Office is recommending that no action be taken at this time. We will continue to counsel Thomas on making positive choices in his life, and random drug testing will be increased.

Respectfully submitted,

Prob 12A – page 2
Marque Deshard Thomas

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Laura M. Kellogg*
By:   LAURA M. KELLOGG
U.S. Probation Officer

/ lmk

APPROVED:

*Sharon O'Brien    October 30, 2020*
SHARON O'BRIEN                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

October 30, 2020
Date