PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Marque Deshard Thomas  Cr.: 18-00496-001
 PACTS #: 3262423

Name of Sentencing Judicial Officer:  THE HONORABLE CLAIRE C. CECCHI
 UNITED STATES DISTRICT COURT JUDGE

Date of Original Sentence: 12/08/2016

Original Offense: Count One: Possession of a Counterfeit Obligation of the United States, 18 U.S.C. 472 and 2

Original Sentence: 33 months imprisonment, 36 months supervised release

Special Conditions: Restitution of $339,808, Search/Seizure, Drug Treatment, New Debt Restrictions, Substance Abuse and Alcohol Testing/Treatment

Type of Supervision: Supervised Release  Date Supervision Commenced: 07/20/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'**<br><br>On December 10, 2020, Thomas tampered with a drug test. The United States Probation Officer questioned the drug test which was foaming at the rim. At that point, Thomas admitted he filled the cup with bleach and that he had been using marijuana. Thomas then signed a drug admission form stating his last use of marijuana was on December 9, 2020. |

U.S. Probation Officer Action:
The U.S. Probation Office requests that no further action be taken at this time. Thomas' substance abuse was addressed and both short-term and long-term consequences were discussed, as well as better alternatives to drug use. The United States Probation Office recommends that Thomas be placed in an outpatient substance treatment program to further address his underlying substance abuse issues. The United States Probation Office will also increase random drug testing.

Respectfully submitted,

Prob 12A – page 2
Marque Deshard Thomas

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Laura M. Kellogg*
By:   LAURA M. KELLOGG
U.S. Probation Officer

/ lmk

APPROVED:

*Sharon O'Brien   December 21, 2020*
SHARON O'BRIEN                    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

Signature of Judicial Officer

12/21/2020
Date