PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Marque Deshard Thomas                                   Cr.: 18-00496-001
                                                                          PACTS #: 3262423

Name of Sentencing Judicial Officer:   THE HONORABLE CLAIRE C. CECCHI
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/08/2016

Original Offense:   Count One: Possession of a Counterfeit Obligation of the United States, 18 U.S.C. § 472 & 2

Original Sentence: 33 months imprisonment, 36 months supervised release

Special Conditions: DNA testing, Special Assessment, Restitution of $340,083.00, Search/Seizure, Alcohol and Drug Testing/Treatment, No New Debt/Credit

Type of Supervision: Supervised Release                    Date Supervision Commenced: 07/20/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.'**<br><br>On May 20, 2021, Thomas tested positive for THC. He admitted to using marijuana on May 10, 2021. Thomas has been having severe sciatica nerve pain and stated he used marijuana to help alleviate his discomfort. A note from Thomas' doctor confirmed the injury and his temporary leave from employment. |
| 2 | The offender has violated the mandatory supervision condition which states **'You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.'**<br><br>Thomas is required to pay $25 per month towards his restitution obligation. He consistently made payments until February of 2021, when he could no longer work. Thomas has stated that once he returns to work or receives his disability, he will make a lump sum payment to catch up. |

U.S. Probation Officer Action:

Thomas is scheduled to complete the term of supervision on July 19, 2021. The United States Probation Office recommends that Thomas be allowed to expire with money owed, and the case be referred to the Financial Litigation Unit. Although, Thomas tested positive for marijuana, he reports he used the substance to "self-medicate" his severe back injury. Thomas also completed several NA/AA classes. Given Thomas' back injury, it does not appear he would benefit from additional supervision. The United States Probation Office will continue to drug test Thomas until his expiration date and will notify the Court of any additional noncompliance.

                Respectfully submitted,

                SUSAN M. SMALLEY, Chief
                U.S. Probation Officer

                *Laura M. Kellogg*

              By:   LAURA M. KELLOGG
                    U.S. Probation Officer

/ lmp

APPROVED:

*Sharon O'Brien*   *June 11, 2021*
SHARON O'BRIEN         Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

[X] The Court permits the term of supervision to expire as scheduled on July 19, 2021, with the remaining restitution obligation to be monitored by the Financial Litigation Unit of the U.S. Attorney's office (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

                Signature of Judicial Officer

                6/15/2021
                Date